UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MINNIE HENDRICKSON,

          Plaintiff,

-against-

MAIMONIDES MEDICAL CENTER, et al.,

          Defendants.



21-CV-7808 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The telephonic initial case management conference scheduled for this morning is hereby ADJOURNED to **February 1, 2022 at 11 a.m.** At that time, the parties are directed to call (888) 557-8511 and enter access code 7746387#.

    The Clerk of Court is respectfully directed to mail a copy of this Order to *pro se* plaintiff.

Dated:  New York, New York
         January 4, 2022

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**