UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
MINNIE HENDRICKSON,

                         Plaintiff,

v.

MAIMONIDES MEDICAL CENTER, et al.,

                         Defendants.
------------------------------------------------------------------- X

Index No.: 1:21-cv-07808

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Minnie Hendrickson ("Plaintiff") and defendants Maimonides Medical Center, Thomas Smith, Paul Stuart, Steven Tyler, Tamar Motov, Josephine Imperatrice, and Carol Kidney (collectively, "Defendants") by and through their respective attorneys, that the above-captioned action is hereby dismissed in its entirety with prejudice and that this stipulation may contain counterparts or facsimile signatures, which shall be deemed as originals. This Stipulation may be filed without further notice by the Clerk of the Court.

Dated: New York, New York
December 12, 2022

| ELIZABETH P. DONLON, ESQ. | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
|---|---|
| By: _/s/ EP Donlon_ | By: _/s/_ |
| Elizabeth P. Donlon, Esq. | Celena R. Mayo, Esq. |
| *Limited Scope Attorney for Plaintiff* | *Attorneys for Defendants* |
| 10 Revere Drive West | 150 East 42nd Street |
| Floral Park, NY 11001 | New York, New York 10017 |
| Tel.: (516) 582-9891 | Tel.: (212) 490-3000 |
| est8medi8@gmail.com | Fax: (212) 490-3038 |
| | Celena.Mayo@wilsonelser.com |

277170781v.8